In the United States District Court

For the _____ District of _____
                                                                                         (State)

                                                   Division

Name: ~~XXXXXXXXXXXXXXXX~~ )
    )
    Prison ID #: ~~XXXXXXXXX~~ )
    )
Name: Raymond Charles Blue )
    )
    Prison ID #: 11085-026 )
    )
Name: _____ )
    )
    Prison ID #: _____ )
    )
☐ Check here if there are additional )
    Plaintiffs—use separate sheet to )  Civil Action #: **5:07-0579**
    list each person. **DO NOT USE ET AL.** )
    )  (To be assigned by the Clerk's
vs. )  Office. Do not write in this blank.)
Name: Barbara Fox-Unit Manager )
    )
Name: _____ )
    )
Name: _____ )
    )
Name: _____ )
    )
☐ Check here if there are additional )
    Defendants—use separate sheet to )
    list each person. **DO NOT USE ET AL.** )

**FILED SEP 17 2007** — TERESA L. DEPPNER, CLERK, U.S. District Court, Southern District of West Virginia

<u>Complaint for the Violation of Civil Rights</u>
<u>Under 42 U.S.C. § 1983</u>

I.   Previous Lawsuits

    A.   Have you or any of the other plaintiffs listed above filed any other lawsuits in the United States District Courts and/or any state courts?

        ☒ ~~Yes~~     ☐ None     ☒ No

    B.   If you answered YES to Question A, list the following information:

        ☐ Check here if more than one lawsuit has been filed and list them on additional sheets

Page 1 of ___

1. Parties to previous lawsuit:

    Plaintiffs: _____N/A_____

    _____

    Defendants: _____N/A_____

    _____

2. In what Court did you file the previous lawsuit?

    _____N/A_____
    (If Federal Court, name the District; if State Court, name the county.)

3. Case Number of the previous lawsuit: ____N/A_____

4. Name of judge to whom the case was assigned: _____

5. Date previous lawsuit was filed: n/a/___/____ (List at least the year.)

6. What was the disposition or result of the previous lawsuit? (for example, was it dismissed, appealed, or still pending)

    _____N/A_____

7. When was previous lawsuit decided: ___/___/___ (List at least the year.)

8. Did the previous lawsuit involve the same facts or circumstances that you are now alleging in the lawsuit you are now submitting?

    ☐ Yes      ☒ No      N/A

II. Place of Plaintiff(s)'s current confinement:

  A. Name of prison or jail in which you are currently incarcerated:
     Federal Correctional Institution-Beckley

  B. Are the facts of your lawsuit related to your confinment in your present prison or jail?

     ☒ Yes      ☐ No

  C. If you answered NO to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

     _____

Page ___ of ___

V.  Relief requested: List what you want the court to do; list what relief you seek against each defendant:

   A.  Compensatory Damages in the amount of $ 60,000 dollars
   B.  Punitive Damages in the amount of $ 25,000 dollars
   C.  Mental Anguish in the amount of $ 10,000 dollars
   D.  _____
   E.  _____

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _13_ day of _SEP_, 20_07_

Signature: _Raymond Blue_
Prison ID #: _11085-026_
Address: _Beaver WV P.O. Box 350 25813_

Signature: _____
Prison ID #: _____
Address: _____

Signature: _____
Prison ID #: _____
Address: _____

☐ Check here is additional signatures are included on an additional sheet of paper.

**All plaintiffs must sign complaint.**

Page ___ of ___

B. Defendants against whom you are filing this lawsuit:
For each defendant, check whether you are naming the defendant is his or her individual and/or official capacity.

1. Name of Defendant: __Barbara Fox -Unit Manager__

   Place of Employment: __Beckley Federal Institution (FCI)__

   Address of Defendant: __P.O. Box 350  Beaver, West Virginia 25813__

   Named in an official capacity?     ☐ Yes     ☐ No
   Named in an individual capacity?   ☒ Yes     ☐ No

2. Name of Defendant: _____

   Place of Employment: _____

   Address of Defendant: _____

   Named in an official capacity?     ☐ Yes     ☐ No
   Named in an individual capacity?   ☐ Yes     ☐ No

3. Name of Defendant: _____

   Place of Employment: _____

   Address of Defendant: _____

   Named in an official capacity?     ☐ Yes     ☐ No
   Named in an individual capacity?   ☐ Yes     ☐ No

☐ Check here if there are more then 3 defendants. You must list each and every defendant. If you do not list the name of a defendant, he or she will not be included in the lawsuit. If you do not list the place of employment and address the clerk will not be able to serve that defendant. Use addition sheets of paper to list more then 3 defendants.

IV. Statement of your claim

State as briefly as possibly all the facts of your case. Recite the dates when any incidents or events occurred, and the places where they took place. Describe how each defendant is involved. Also include the names of other persons involved and the dates and places of their involvement.

Page ___ of ___

If you set forth more then one claim, number each one, and use a separate paragraph for each one.

On ~~AUG-2~~ day of ~~2007~~ ~~XXXXXXXXXXXXXXXX~~ plaintiff requested that inmate Carmen be moved in cell with plaintiff. Defendant ~~XXXXXXXXX~~ stated to plaintiff that You are both Known As homesexual THEREFORE, IMPLYING THAT PLAINTIFF WAS A HOMOSEXUAL WITH NO REGARD FOR PLAINTIFF"S LIFE BEING THREATEN BY OTHER INMATES ON THE COMPOUND AND UNIT AS WELL. DEFENDANT'S STATEMENTS WERE INCONTEXT SAID WITH MALICE AND MALIOUS INTENT, TO HARM PLAINTIFF AND PLACE PLAINTIFF IN A COMPROMISING POSITION WITH REGARD TO THE GENERAL POPULATION HE LIVES IN. BECAUSE DEFENDANT FOX HAS NO TRAINING IN THE FIELD OF PSYCHOLOGY DID VIOLATE PLAINTIFF'S CIVIL RIGHTS. NO OFFICIAL OF BOP CAN MAKE UNFOUNDED ACCUSATIONS OF INMATES THAT WOULD PUT THAT INDIVIDUAL IN MUCH GREATER DANGER AS PROVEN BY IPPO-FACTOR LAW NOW STANDING UNDER FEDERAL CODE. PLAINTIFF, ASK THAT THIS COURT BAR PRISON OFFICIALS FROM SUCH DELIBERATE VERBAL ASSAULTS OF THIS KIND. COUNSELOR HAS APPROACHED PLAINTIFF ~~XXXXXXX~~ AND ASK THAT THIS MATTER BE RESOLVED AT AN ADMINISTRATIVE LEVEL. PLAINTIFF"S REPLY, " I WILL NOT EXCEPT AN RESOLUTION UNDER NO CIRCUMSTANCES."

Page ___ of ___

Raymond Blue 11085-026
Federal Correctional Institution Beckley
P.O. Box 350
Beaver W, V 25813

SPECIAL
LEGAL
MAIL

CLERK, UNITED STATES DISTRICT COURT
ROBERT C. BYRD U.S. COURTHOUSE
110 N. HEBER STREET, RM 119
BECKLEY, WV 25801